# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Rajan Dewar,

                Plaintiff,        Case No. 24-13025

v.                                  Judith E. Levy
                                    United States District Judge

Flint Clinical Pathologists, P.C., *et al.*,        Mag. Judge Anthony P. Patti

                Defendants.

_____/

## ORDER GRANTING MOTION TO EXTEND SUMMONS DEADLINE [8]

Plaintiff Rajan Dewar filed the complaint in this matter on November 15, 2024. (ECF No. 1.) Plaintiff alleges that Defendants Flint Clinical Pathologists, P.C., Joe Czaja, David Wiese, Richard Wheeler, and Aaron Goldfarb unlawfully discriminated against Plaintiff.

The Court issued summons for Defendants on November 15, 2024. (ECF No. 2.) The summonses were set to expire on Thursday, February 13, 2025, ninety days after issuance.[1] Fed. R. Civ. P. 4(m).

---

[1] Plaintiff states in his motion that "[t]he 90-day deadline to serve the remaining Defendants is approaching fast and is set to expire on Saturday, February

On February 14, 2025, Plaintiff filed a motion requesting a thirty-day extension to serve the complaint. (ECF No. 8.) As detailed in Plaintiff's motion, Plaintiff attempted to serve the corporate Defendant through its registered agent but was unable to access the registered agent numerous times because the building was closed and locked. (*Id.* at PageID.36–37.) Additionally, the corporate Defendant's Flint location is permanently closed. (*Id.* at PageID.37.) Plaintiff also attempted service on the individual Defendants at McLaren Healthcare Corporate Headquarters on January 15, 2025, because the individual Defendants and the resident agent of the corporate Defendant appear to be associated with McLaren. (ECF No. 8, PageID.37; *see also* ECF Nos. 3, 4, 5, 6.) However, on January 16, 2025, McLaren asserted that "Defendants were not associated with Mc[L]aren and thus were not properly served on January 15, 2025." (ECF No. 8, PageID.37.)

District courts must extend service time if plaintiffs show good cause for a failure to serve. Fed. R. Civ. P. 4(m). Here, Plaintiff has demonstrated repeated efforts to serve. As such, the Court finds that an

---

15, 2025." (ECF No. 8, PageID.38.) This calculation is not correct. February 13, 2025 is ninety days after November 15, 2024.

extension of the service time is appropriate here. Plaintiff's motion is GRANTED. The summons deadline is extended by thirty days, to expire on **March 15, 2025**.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: February 18, 2025 | s/Judith E. Levy |
| Ann Arbor, Michigan | JUDITH E. LEVY |
| | United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 18, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager