# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Rajan Dewar,

                Plaintiff,

v.

Flint Clinical Pathologists, P.C., *et al.*,

                Defendants.

_____/

Case No. 24-13025

Judith E. Levy
United States District Judge

Mag. Judge Anthony P. Patti

## ORDER ADOPTING REPORT AND RECOMMENDATION [40]

Before the Court is Magistrate Judge Anthony P. Patti's Report and Recommendation recommending the Court grant Defendant Aaron Goldfarb's motion to dismiss. (ECF No. 40.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result.

Accordingly, The Report and Recommendation (ECF No. 40) is ADOPTED, Defendant Goldfarb's motion to dismiss (ECF No. 15) is

GRANTED, and Defendant Goldfarb is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: April 15, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 15, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager